Samuel L. ALEXANDER,
Plaintiff—Appellant,

v.

DISTRICT COURT OF MARYLAND FOR CHARLES COUNTY; Washington Gas Light Company, a District of Columbia and Virginia Corporation; John Larose, individually and/or as Owner, CEO, Director, Resident Agent d/b/a Compu–Link Corporation, d/b/a Celink, Incorporated, d/b/a Riverview Collections, d/b/a Celink of Michigan, d/b/a Compu–Link Loan Services, Incorporated; Compulink Corporation, a Michigan Corporation, individually, and or d/b/a Compu–Link Loan Services, Incorporated, d/b/a Celink, Incorporated, d/b/a Riverview Collections, d/b/a John Larose, d/b/a Celink of Michigan; Jerome Stanbury, individually, and or as CEO, Owner, and Agent of and/or d/b/a Jerome Stanbury, d/b/a A.C. & S. Collections, Incorporated, d/b/a Stanbury & Kish, LLC; A.C. & S. Collections, Incorporated, a Maryland Corporation, individually and or d/b/a Jerome Stanbury, Esquire, PA, d/b/a Stanbury & Kish, LLC; Adam C. Kish, individually and/or as Owner, Organizer and Resident Agent of Adam C. Kish, LLC and or d/b/a A.C. & S. Collections, Incorporated, d/b/a Stanbury & Kish, LLC; Stanbury & Kish, LLC, a Maryland Limited Liability Company, individually, and/or d/b/a Jerome Stanbury, d/b/a A.C. & S. Collections, Incorporated; Marsden, Botsaris & Seledee, PA; Circuit Court for Prince George's County, Maryland; Comptroller of Maryland, Defendants—Appellees,

**596**

**and**

**JP Morgan Chase Bank, N.A., Defendant.**

**No. 08–1474.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 19, 2008.

Samuel L. Alexander, Appellant Pro Se. Kendra Young Ausby, Elissa Doe Levan, Assistant Attorneys General, Baltimore, Maryland; L. Edward Funk, Senior Attorney, Washington Gas Light Company, Washington D.C.; Jeffery V. Stuckey, Dickinson Wright PLLC, Lansing, Michigan; William Leonard Mitchell, II, Eccleston & Wolf, PC, Hanover, Maryland, for Appellees.

Before MICHAEL, Circuit Judge, and WILKINS, Senior Circuit Judge.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel L. Alexander appeals the district court's order dismissing his complaint alleging claims pursuant to 42 U.S.C. § 1983 (2000), the Fair Credit Reporting Act, 15 U.S.C.A. §§ 1681–1681x (West 1998 & Supp.2008), and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p (West 1998 & Supp.2008), as well as several Maryland statutory and common law claims. We have reviewed the record and find no reversible error. Accordingly, we deny Alexander's motion to compel re-

* The opinion is filed by a quorum pursuant to

sponses from the Appellees and affirm the district court's order. *See Alexander v. District of MD for Charles County,* No. 8:07–cv–01647–DKC (D.Md. March 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*